**Electronically Filed
Supreme Court
SCWC-12-0000988
02-OCT-2014
08:01 AM**

SCWC-12-0000988

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

HEATHER E. HEERS, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000988; CASE NO. 3P611-0204)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Heather E. Heers's

application for writ of certiorari filed on September 10, 2014,

is hereby rejected.

DATED: Honolulu, Hawai'i, October 2, 2014.

Bryan M.W. Tanaka
for petitioner

Jason R. Kwiat
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

